# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 6180 | E1339631 | Kendrick | 1105 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 06/05/2021 1938 | 36 CFR 2.32 (a)(2) |

**Place of Offense:** Houseboat Island

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Failure to obey a lawful order

### DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Ward | Raymond | M |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Newberry Springs | CA | 92365 | /1970 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | CA | 8001 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: Bln   Eyes: Blu   Height: 5-08   Weight: 85

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | NV | 02 | Carver | | white |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 21-04254-MJ-01-PCT-CDB
NP2060.598

Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1339631*

**STATEMENT OF PROBABLE CAUSE**
(For Issuance of an arrest warrant or summons)

I state that on June 5, 2021 while exercising my duties as a law enforcement officer in the _____ District of Arizona.

See attached

The foregoing statement is based upon:

☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/05/2021    _____
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles  Digitally signed by Camille D. Bibles
             Date: 2021.06.10 14:16:56 -07'00'
             Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;   **CMV** = Commercial vehicle involved in incident

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A80 | E1339632 | Kendrick | 1105 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 06/05/2021 1938
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.32 (a)(1)

Place of Offense: Houseboat Island

Offense Description: Factual Basis for Charge — HAZMAT ☐
Resisting a government agent engaged in an official Duty

### DEFENDANT INFORMATION
Phone:

Last Name: Ward
First Name: Raymond
M.I.: M

Street Address:

City: Newberry Springs
State: CA
Zip Code: 92365
Date of Birth: /1970

Drivers License No.:
CDL ☐  D.L. State: CA
Social Security No.: -8001

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BN   Eyes: Blu   Height: 5-08   Weight: 185

### VEHICLE
VIN:    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  |  | 02 | Carver |  | White |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ____ Forfeiture Amount
+ $30 Processing Fee
$ ____ Total Collateral Due

**PAY THIS AMOUNT AT www.cvb.uscourts.gov**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date:
Time:

AR2060598

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1339632*

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on June 5, 20 21 while exercising my duties as a law enforcement officer in the _____ District of Arizona,

See attached

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/05/2021  _____
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles  Digitally signed by Camille D. Bibles
                                Date: 2021.06.10 14:17:31 -07'00'
             Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

## STATEMENT OF PROBABLE CAUSE

I, Ranger Conor Kendrick, a sworn Law Enforcement Officer for the National Park Service, state that on or about June 5, 2021 at about 1938 hours, the following incident occurred within the confines of the Lake Mead National Recreation Area, in the District of Arizona:

At approximately 1801 hours on the above date Rangers Mehran Azizian, Michaela Morris, and I responded to the Temple Bar Marina on the report of a 50ft white vessel, towing a jet ski, that had crashed into the Temple Bar Head walk after causing a large wake in the no wake zone of the Marina. The report came into Dispatch via a 911 call from a Marina employee. The no wake zone is marked by several white "No Wake" buoys at the entrance to the Marina. Witnesses reported after the vessel collided with the Head Walk, the jet ski in tow swung around the front of the vessel and collided with the Head Walk. It was also reported an occupant of the vessel became verbally abusive towards the Marina Staff after the collision. The Marina Employee who reported the accident believed the operator of the vessel was under the influence of alcohol. Photos provided by witnesses showed a white male wearing a white long-sleeved buttoned-down shirt operating the vessel within the Temple Bar Marina.

At approximately 1815 hours, Ranger Azizian arrived on scene and observed a vessel matching the description leaving the Temple Bar Marina heading North/Northwest towards the Virgin Basin. Witnesses who were still on scene confirmed the vessel currently heading towards the Virgin Basin was the vessel involved in the earlier incident. At approximately 1854 hours, Rangers Morris, Azizian, and Myself were aboard marked patrol vessel 11B to search the Temple and Virgin Basins for the involved vessel.

At approximately 1902 hours we located the vessel (NV ____ ), a 50ft Carver white in color towing a jet ski, in a cove at Houseboat Island. The vessel matched the description, and photos, supplied by witnesses of the incident at the Temple Bar Marina. After I beached the patrol vessel, I asked the occupants of the vessel to stand on the back platform as the boat contained a large enclosed cabin. All five adults, and one infant, complied. One of the adults, later identified as Raymond M. WARD, was a white male wearing a white long-sleeved button-down shirt. Rangers Azizian and Morris disembarked from 11B and started talking to the occupants of the vessel from the shoreline. When asked by Ranger Morris, WARD stated there was a gun on the vessel and then he pointed toward the cabin of the boat. At this time, because of the presence of gun, Ranger Morris gave all occupants an additional lawful order to stay on the back platform of the vessel.

When asked, a female later identified as BRISTOL, stated she was operating the boat within the Temple Bar Marina. At this time, I asked BRISTOL to meet me at the front of the vessel. BRISTOL complied. Rangers Azizian and Morris continued to talk with WARD and the other occupants at the back platform of the vessel. As I was talking with BRISTOL I could hear Rangers Azizian and Morris giving commands to WARD to stay out of the cabin, where WARD stated there was a gun, and remain on the back platform. Rangers

1

Azizian and Morris gave these commands approximately four times. I could hear WARD state he wasn't going to stay on the platform and that he was going to go get his phone. At this time, I asked BRISTOL who was giving them (Rangers) trouble. BRISTOL stated, "My husband". I then asked BRISTOL where the steering wheel for the vessel was located. BRISTOL pointed to an opening in the canvas on the upper platform. This matched the photo provided by the witness of WARD in control of the steering wheel. At this time, I could see WARD standing near the steering wheel of the vessel. WARD stated, "I've got my phone." At this time, I gave WARD a lawful order, twice, to come to the front of the vessel. WARD responded with "that's not going happen." I gave WARD approximately four more lawful commands to come to the front of the boat. WARD responded with "Go fuck yourself." At this time, Rangers Azizian, Morris, and Myself boarded the vessel via a ladder on the bow.

Once on the vessel, I located WARD sitting on the back platform with a beer can in his right hand and a cellphone in his left. I gave WARD a lawful order, approximately five times, to get on the ground. WARD responded with "it's not going to happen" and "I'm not getting on the ground." At this time, I removed the cellphone out of WARD's left hand. WARD continued to resist my commands, and action, by tensing up and drawing his arms close to his body. Ranger Azizian and I then assisted WARD to the ground and placed him in a prone position. Once on the ground, WARD tensed up and placed his arms underneath his body. I issued WARD a lawful order, approximately four times, to place his hands behind his back. WARD continued to resist and argue with us. After approximately the fifth lawful order to put his hands behind his back, WARD responded with "Fuck you guys" then he placed his hands behind his back. When asked, WARD declined to give me his full name and instead stated "take me to jail." When asked if he was refusing to identify himself, WARD stated "I might be." WARD was then escorted off the front of the boat and away from the self-identified gun.

Once on shore, WARD continued to refuse identification and continued to tell the occupants of the boat "Don't fucking talk to them" and "turn the recording (cell phone) back on." Through consultation with BRISTOL and the other occupants on the boat, WARD eventually agreed to identify himself via his California Driver's License.

I issued WARD Mandatory Appearance citations for being in violation of 36 CFR § 2.32(a)(1): Resisting a Government Agent, and for 36 CFR § 2.32(a)(2): Failure to obey a lawful order.

Audio and video recording of this event was captured by three body worn cameras.

The foregoing statement is based upon (check all that apply):

__X__ My personal observations

__X__ My personal investigation

_____ Information supplied to me from my fellow officer's observations.

_____ Investigation conducted by a fellow officer.

__X__ Other (explain above)

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to best of my knowledge.**

Executed on: _06/05/2021_  
Date (mm/dd/yyyy)

_____  
Officer's Signature/Badge Number

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  
Date (mm/dd/yyyy)

Camille D. Bibles  
Digitally signed by Camille D. Bibles  
Date: 2021.06.10 14:16:22 -07'00'  
U.S. Magistrate Judge

3